IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MEGAN SCHULTZ, individually and on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br> v.<br><br>CVS HEALTH CORPORATION,<br><br>         Defendant. | Case No. 1:17-cv-00359-S |

**RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Megan Schultz hereby provides notice that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant. Defendant has not served an answer or a motion for summary judgment. Accordingly, voluntary dismissal without prejudice under Rule 41 is appropriate.

WHEREFORE, Plaintiff respectfully requests this Court dismiss this matter without prejudice pursuant to Fed. R. Civ. P. 41.

DATED: August 23, 2017.

Respectfully submitted,

By: */s/Stephen M. Prignano*
    Stephen M. Prignano
MCINTYRE TATE LLP
321 South Main Street, Suite 400
Providence, Rhode Island 02903
Tel: (401) 351-7700 Ext. 227
Fax: (401) 331-6095
Email: smp@mtlesq.com

By:
    Steve W. Berman (*pro hac vice pending*)
    Jerrod C. Patterson (*pro hac vice pending*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
Email: steve@hbsslaw.com

By:
Jennifer Fountain Connolly (*pro hac vice pending*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1701 Pennsylvania Ave., NW
Suite 300
Washington, DC 20006
(202) 248-5403
Fax: (202) 580-6559
Email: jenniferc@hbsslaw.com